# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**
**ADC #106563**                                                                                              **PLAINTIFF**

v.                              Case No. 4:21-cv-01170 KGB

**GEORGE BELT,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michael Otis Robertson's amended complaint is dismissed without prejudice. The Court denies the requested relief.

So adjudged this 10th day of March, 2023.

Kristine G. Baker
United States District Judge